**Dismissed and Memorandum Opinion filed May 10, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00208-CV
_____

**YOLANDA CERVANTES, Appellant**

**V.**

**JOSE ANGEL CERVANTES, Appellee**

---

**On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2010-64424**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 25, 2011. Appellant filed a notice of appeal on November 18, 2011. Appellant also filed a timely motion for new trial, which was overruled by operation of law. To date, our records show that appellant has neither established indigence nor paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial

Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same).

On March 20, 2012, this court notified appellant that the filing fee was past due and the appeal was subject to dismissal if appellant did not pay the fee. No response was filed. In addition, on April 2, 2012, the court reporter for this case notified this court that appellant had not made payment arrangements for preparation of the reporter's record. On April 13, 2012, this court notified appellant that the court would consider the appeal without a reporter's record unless appellant provided the court with proof of payment within fifteen days. No response was filed.

On April 17, 2012, this court ordered appellant to pay the appellate filing fee on or before April 30, 2012, or the appeal would be dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with a court order). Appellant has not paid the appellate filing fee or filed any response to this court's order.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Jamison.

2